

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00309-CV

In re Jessika Reza, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

Relator, Jessika Reza, filed a petition for writ of mandamus on November 12, 2025, asking this Court to direct and order various judges to take certain actions as well as render void certain other court actions.

"Mandamus relief is an extraordinary remedy requiring the relator to show that (1) the trial court clearly abused its discretion and (2) the relator lacks an adequate remedy by appeal." *In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023) (orig. proceeding). Because Reza has not

demonstrated that she is entitled to the relief sought, we deny her petition for writ of mandamus. Any pending motions are dismissed as moot.


LISA J. SOTO, Justice

November 14, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.